

FILED
CLERK, U.S. DISTRICT COURT
SEP 19 2008
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>VICENTE ORTIZ,<br><br>    Defendant. | Case No. 08-2257M<br><br>**ORDER OF DETENTION**<br><br>**[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)]** |

    The defendant, having been arrested in this District pursuant to a warrant issued by the United States District Court for the District of Arizona for alleged violation(s) of the terms and conditions of his probation/supervised release; and

    The court, having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), finds that:

A.   (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on (1) his lack of bail resources; (2) the instant allegations indicate that he is not amenable to supervision; and (3) defendant submitted to detention request.

and/or

B.   ( ) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the

1 | community if released under 18 U.S.C. § 3142(b) or (c). This finding is based
2 | on:_____
3 | _____

4 | IT THEREFORE IS ORDERED, without prejudice, that the defendant be detained pending
5 | further revocation proceedings.

7 | Dated: ____Sept. 19____, 2008.

_____
Fernando M. Olguin
United States Magistrate Judge